

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:                    **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | TAYLOR, Angelo T. |
| DATE OF BIRTH: | 07/06/1981 |
| CHARGE: | Probation Violation o/c Dist Cocaine |
| CASE NUMBER: | 3:01-cr-00004-JMF |
| PLACE HELD: | ACC E |
| DATE OF ARREST: | 06/02/2006 |
| TIME OF ARREST: | 12:00 |
| PLACE ARRESTED: | Anchorage, AK |
| ARRESTED BY: | Anchorage PD |

**REMARKS:**

BOOKED IN ENGLISH:        YES _____        NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.