# United States District Court
### for the
# DISTRICT OF ALASKA

RECEIVED
JUN 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 3:01-cr-00004-JMF |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Angelo Taylor ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Angelo Taylor and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with three violations of his term of supervised release.

**REDACTED SIGNATURE**

Senior U.S. District Court Judge

March 20 2006
Date

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

| **RETURN OF SERVICE** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| ANCHORAGE, AK |

| Date Received: 3/21/2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 6/2/2006 | K. GUNN | |