MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ANGELO T. TAYLOR    CASE NO. 3:01-cr-00004-JMF
Defendant: X Present X In Custody

BEFORE THE HONORABLE:    JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    ROBIN M. CARTER

UNITED STATES' ATTORNEY:    AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:    SUE ELLEN TATTER - APPOINTED

U.S.P.O.:    TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
RELEASE HELD 6/5/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:01 p.m. court convened.

X Petition given to the defendant; read.

X Defendant sworn.

X Financial Affidavit **FILED**.
  X Federal Public Defender accepted appointment; FPD notified.

X Defendant **DENIED** allegations 1-3 as stated in the petition.

X Detention uncontested. Order of Detention Pending Trial **FILED**.

X Consent to be filed by close of business 6/8/06 or case shall
  be transferred to a U.S. District Judge.

X OTHER: Court and counsel heard re government counsel's oral
motion to amend petition to add case 3:04-cr-00008-RRB. Court
directed counsel to file written request.

At 4:16 p.m. court adjourned.

DATE: June 5, 2006    DEPUTY CLERK'S INITIALS:    rc