## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.   ANGELO TISHAWN TAYLOR 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                    CASE NO.  3:01-cr-00004 JWS 

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: June 19, 2006

        Evidentiary Hearing in the above listed cause is hereby
set for 9:00 a.m. on Wednesday, July 5, 2006 before Judge John W.
Sedwick to be followed immediately by a disposition hearing if
one is needed.