UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

ANGELO TISHAWN TAYLOR

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 06/1/2001)
Case Number: 3:01-cr-00004-JWS
_Sue Ellen Tatter_
Defendant's Attorney

Defendant's probation officer filed a petition on 3/20/2006 accusing defendant of 3 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 1 and 3. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Report to probation officer | 3/3/06 | C |
| 2 | Standard | Report to probation officer | 3/10/06 | C |
| 3 | Standard | Report to probation officer | 3/17/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 5, 2006
Date of Filing

REDACTED SIGNATURE

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

7-6-06
Date

AO245.REV

Defendant: ANGELO TISHAWN TAYLOR            Amended Judgment--Page 2 of 3
Case No.: 3:01-cr-00004-JWS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X]   probation [_]   having been modified, he defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 1 month and 10 days to be served concurrently to 3:04-cr-00008-RRB.

[_] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
    [_] at _____ a.m./p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal

AO245.REV

Defendant: ANGELO TISHAWN TAYLOR              Amended Judgment--Page 3 of 3
Case No.:  3:01-cr-00004-JWS


**PROBATION/SUPERVISED RELEASE (MODIFIED)**


Defendant's supervised release [X] probation [_] is modified as follows:

1. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in a program approved by the United States Probation Officer for substance abuse treatment, which program shall include counseling and testing to determine whether the defendant has reverted to the use of drugs or alcohol.

2. The defendant shall submit to a warrantless search of his person, residence, vehicle, office or place of employment at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.

3. The defendant shall not possess a firearm, destructive device, or other weapon.

**4. The defendant is to serve 5 consecutive months in a community confinement facility; to be served concurrently to 3:04-cr-00008-RRB.


The term of supervision is not [_] is [_] extended as follows:



Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV