# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
OCT 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs.                                    )<br>)<br>)<br>Angelo Taylor                          ) | Case Number: 3:01-cr-004<br>3:04-cr-008<br>**WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Angelo Taylor and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

**REDACTED SIGNATURE**

_____
John W. Sedwick
Chief U.S. District Court Judge

10-23-06
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Cordova Center

| Date Received: 10/23/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 10/23/06 | Guinn Kevin DUSM | |