```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs __ANGELO TISHAWN TAYLOR__   CASE NO. 3:01-CR-00004-JWS
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      SUZANNETTE LUCERO

UNITED STATES ATTORNEY:     BRYAN SCHRODER

DEFENDANT'S ATTORNEY:       SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                   TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 10/26/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant; waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights; Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: ANGELO TISHAWN TAYLOR.

_X_ Financial Affidavit filed.
    _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **ADMITTED** allegations _1 of the Petition to Revoke_
    _Supervised Release._

_X_ Matter to be referred to U.S. District Judge for:
    ___ Evidentiary Hearing   _X_ Final Disposition Hearing

_X_ Defendant's detention continued.

_X_ Order of Detention Pending Trial **FILED.**

At 1:50 p.m. court adjourned.




DATE:   October 26, 2006    DEPUTY CLERK'S INITIALS:      SCL