```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.      ANGELO TAYLOR        CASE NO.  3:01-CR-00004-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:           SUE ELLEN TATTER

U.S.P.O.:                       TRAVIS LYONS

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 11-01-06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

 X Court stated findings/reasons pursuant to sentencing
guidelines.

 X Supervised Release revoked.

 X Imprisonment for a period of 51 Days, credit for incarceration
to begin running from October 23, 2006.

 X   Defendant placed on supervised release for a period of  2
years under the usual terms and conditions with special
conditions of supervised release as stated in the judgment.

 X Defendant remanded to the custody of the U.S. Marshal.

At 9:07  a.m. court adjourned.




DATE:     November 1, 2006       DEPUTY CLERK'S INITIALS:    ce
```