UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ANGELO TAYLOR | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 09/05/2001)<br>Case Number: 3:01-CR-00004-JWS<br>Sue Ellen Tatter<br>Defendant's Attorney |

Defendant's probation officer filed a petition on 10/25/2006 accusing defendant of 1 violation of the conditions of supervision provided in the original judgment. Defendant Admitted Allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Positive for THC | 10/09/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

NOVEMBER 1, 2006

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

11-3-06

Date

AO245.REV

Defendant: ANGELO TAYLOR  Amended Judgment--Page _2_ of _3_
Case No.: _3:01-CR-00004-JWS_

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of _51 Days with credit for time served starting October 23, 2006._

[_] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.

[_] The defendant shall surrender to the United States Marshal for this district,
                       a.m.
    [_] at _____ p.m. on _____.

[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
    Deputy Marshal

AO245.REV

Defendant: ANGELO TAYLOR  
Case No.: __3:01-CR-00004-JWS__

Amended Judgment--Page _3_ of _3_

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

1. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in a program approved by the United States Probation Officer for substance abuse treatment, which program shall include counseling and testing to determine whether the defendant has reverted to the use of drugs or alcohol.

2. The defendant shall submit to a warrantless search of his person, residence, vehicle, office or place of employment at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.

3. The defendant shall not possess a firearm, destructive device, or other weapon.

The term of supervision is extended as follows:

    2 YEARS SUPERVISED RELEASE.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV