# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
JAN 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA )
)
) Case Number: A01-004 CR (JWS)
vs. )
) **WARRANT FOR ARREST**
)
Angelo Taylor )

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Angelo Taylor and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

*redacted signature*

John W. Sedwick
Chief U.S. District Court Judge

1-03-07
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK | | |
| Date Received: <br> Date of Arrest: 1/30/07 | Name and title of arresting officer: <br> K. Gould  DUSM | Signature of arresting officer: |