```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs__ANGELO TISHAWN TAYLOR__CASE NO. _3:01-CR-00004-JWS_
Defendant: _X_ Present    _X_ In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

UNITED STATES ATTORNEY:     AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:       KEVIN MCCOY, APPOINTED

U.S.P.O.:                   TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 51) Held 01/31/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:49 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name:__Same as above.__

_X_ Financial Affidavit **FILED**. Federal Public Defender accepted appointment. FPD notified.

_X_ Defendant DENIED Allegations _1, 2, 3, 4 & 5 of the Petition to Revoke Supervised Release._

_X_ Consent to be filed by **February 2, 2007** or case shall be transferred to U.S. District Judge.

_X_ Defendant detained; Order of Detention Pending Trial **FILED**.

At 4:02 p.m. court adjourned.

**NOTE:** This hearing was held in conjunction with a hearing in 3:04-CR-00008-JWS. Bench time for this proceeding was split between this case and 3:04-CR-00008-JWS.

DATE:__February 1, 2007__    DEPUTY CLERK'S INITIALS: __Ce__