```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.   ANGELO TISHAWN TAYLOR     CASE NO. 3:01-CR-00004-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     FRANK RUSSO

DEFENDANT'S ATTORNEY:        KEVIN MCCOY

U.S.P.O.:                    ERIC ODEGARD

PROCEEDINGS: STATUS CONFERENCE (EVIDENTIARY/DISPOSITION HEARING
             ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 51)
             HELD 2/26/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re defense counsel's oral motion to continue proceeding; **GRANTED.**

Court ordered this case and 3:04-CR-00008-JWS be reassigned to Judge Beistline.

Defendant's detention continued.

At 9:07 a.m. court adjourned.


DATE:    February 26, 2007     DEPUTY CLERK'S INITIALS:    SCL