# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ANGELO TISHAWN TAYLOR  </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                   CASE NO.  <u> 3:01-cr-00004-JWS </u>

<u> Robin M. Carter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 27, 2007

      By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Ralph R. Beistline for all further proceedings.  Please use the following case number on all future filings: 3:01-cr-00004-RRB.

[]{IQ1.WPD*Rev.12/96}