Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO TISHAWN TAYLOR,<br><br>Defendant. | NO.    3:01-cr-00004-RRB<br><br><br>**NOTICE OF INTENT TO ADMIT<br>AND REQUEST FOR HEARING<br>THE WEEK OF MARCH 12, 2007** |

Angelo Taylor intends to admit all allegations in the petition to revoke supervised release in the above-styled matters.  One understanding has been reached by the parties; namely that Mr. Taylor will receive nine months for both cases to be served concurrently with no supervision to follow.

Mr. Taylor asks that the hearing be calendared on or after the week of March 12, 2007, because his counsel is not available the week of March 5, 2007.

DATED this 1ˢᵗ day of March 2007.

                    Respectfully submitted,

                    s/Kevin F. McCoy
                    Assistant Federal Defender
                    601 West Fifth Avenue, Suite 800
                    Anchorage, AK 99501
                    Phone:        907-646-3400
                    Fax:          907-646-3480
                    E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on March 1, 2007,
a copy of the *Notice of Intent to
Admit and Request for Hearing
the Week of March 12, 2007,* was
served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7ᵗʰ Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin McCoy

*United States v. Angelo T. Taylor*
Case No.3:01-cr-00004-RRB