UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  ANGELO TISHAWN TAYLOR 

DATE:   March 1, 2007    CASE NO.    3:01-cr-0004-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

A disposition hearing will be held in this matter on **Thursday, March 15, 2007,** at **10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING